UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FABIAN ALEXANDER ALVARENGA
MATUTE,

           Petitioner,

    v.

MINGA WOFFORD, et al.,,

           Respondents.

No.  1:25-cv-01206-SKO (HC)

**ORDER VACATING ORDER DIRECTING
RESPONDENT TO FILE RESPONSE**

**[Doc. 6]**

      Petitioner is an immigration detainee proceeding with counsel with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner filed the instant petition on September 15, 2025. On September 16, 2025, the undersigned issued an order directing Respondent to file a response to the petition. (Doc. 6.) On September 17, 2025, Petitioner filed a motion for temporary restraining order. (Doc. 7.) In light of the motion, the undersigned hereby VACATES the order directing Respondent to file a response.

IT IS SO ORDERED.

Dated:  __**September 19, 2025**__          _____/s/ *Sheila K. Oberto*_____
                                       UNITED STATES MAGISTRATE JUDGE

1